UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| ANDREW AGUANNO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:24-cv-43 |
| | ) |
| SCHNEIDER NATIONAL BULK CARRIERS, INC., | ) |
| | ) |
| | ) |
| Defendant. | ) |

## COMPLAINT

Plaintiff, Andrew Aguanno ("Aguanno"), brings claims against Defendant, Schneider National Bulk Carriers, Inc. ("Defendant"), and states as follows:

## OVERVIEW

1. This Complaint arises under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000 et. seq.

## PARTIES

2. Aguanno is an individual who, at all relevant times, worked out of a trucking hub based in Gary, Indiana. He is an employee as defined by 42 U.S.C. §2000e(f).

3. Defendant is located in Gary, Indiana. The company is an 'employer' as defined by 42 U.S.C. §2000e(b).

## JURISDICTION

4. This Court has jurisdiction over Defendant pursuant to U.S.C. §2000e-5(f)(3) and 28 U.S.C. §1331.

1

5. Aguanno timely filed a charge with the U.S. Equal Employment Opportunity Commission. Thereafter, he received a dismissal and notice of suit rights and filed the instant matter within ninety (90) days of receiving said dismissal.

## VENUE

6. Venue is appropriate in the Northern District of Indiana pursuant to 28 U.S.C. § 1391 as all the events arose in the Northern District of Indiana in Gary, Indiana.

## FACTS

7. Aguanno (a Caucasian male) was hired by Defendant in or about July 2022. He is employed as a Regional Driver.

8. At all times Aguanno met or exceeded Defendant's legitimate expectations of performance.

9. At orientation Aguanno realized he was the only Caucasian hired on as a new driver.

10. Shortly thereafter, Aguanno noticed he was given different, and less profitable routes/assignments than other drivers.

11. In April 2023, Aguanno confronted Vanice (lnu), a planner/scheduler. He inquired as to why he was being assigned the routes he was and why it took so long for a planner to respond to him when he ran into problems. Vanice told him, "It is because you are male."

12. Aguanno reported her statement to Defendant. Upon information and belief Vanice learned of Aguanno's complaint.

13. Thereafter, a different planner told Aguanno that she was threatened not to cooperate with him when he had issues and/or when assigning him routes.

14. Aguanno moved to the night shift to prevent Vanice from affecting his

2

assignments and communications.  Within a week, Vanice moved to the night shift.  Aguanno continues to get routes typically not assigned to Regional Drivers.

15. Other drivers make upwards of $70,000 in their first year working for Defendant. Other female and/or non-Caucasian drivers have provided him information that they are making this or more despite being hired at the same time he was.

16. Aguanno has been treated differently in the terms and conditions of his employment because he is male and/or Caucasian.

17. Aguanno has suffered harm as a result of Defendant's conduct.

## LEGAL COUNTS

## COUNT 1: SEX DISCRIMINATION

18. Aguanno incorporates paragraphs 1 – 17 herein.

19. Aguanno was treated differently as to the terms, privileges and conditions of his employment because he is male.

20. Aguanno was harmed by Defendant's unlawful willful and/or reckless conduct.

## COUNT 2: RACE DISCRIMINATION

21. Aguanno incorporates paragraphs 1 – 20 herein.

22. Aguanno was treated differently as to the terms, privileges and conditions of his employment because he is male.

23. Aguanno was harmed by Defendant's unlawful willful and/or reckless conduct.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests this Court to find in his favor and award him the following relief:

a. An Order awarding Plaintiff damages, including compensatory damages, as provided for by federal law;

b. An Order awarding Plaintiff punitive damages as provided for by federal law;

c. An Order awarding Plaintiff the costs of this action;

d. An Order awarding Plaintiff his attorney's fees;

e. An Order granting such other and further relief as may be necessary and appropriate.

Respectfully submitted,

s/ Christopher S. Wolcott
Christopher S. Wolcott (#23259-32)
The Wolcott Law Firm LLC
450 East 96th Street, Ste 500
Indianapolis, IN  46240
Tel: (317) 500-0700
Fax: (317) 342-2799
E-Mail:   indy2buck@hotmail.com

Attorney for Plaintiff


## DEMAND FOR JURY TRIAL

Plaintiff, by counsel, demands a trial by jury on all issues deemed so triable.

Respectfully submitted,

/s/ Christopher S. Wolcott
Christopher S. Wolcott (#23259-32)
The Wolcott Law Firm LLC
450 East 96th Street, Ste 500
Indianapolis, IN  46240

        Tel: (317) 500-0700
        Fax: (317) 342-2799
        E-Mail:  indy2buck@hotmail.com

Attorney for Plaintiff